COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Kenny R. Thomas
Louisiana State Penitentiary DOC No. 386726
Camp-D- Eagle -2
Angola, LA 70712

**REHEARING ACTION: August 23, 2017**

**Docket Number: 17   00378-KH**

**STATE OF LOUISIANA
VERSUS
KENNY R THOMAS**

**Writ Application from Evangeline Parish Case No. 57594FA**

**BEFORE JUDGES:**

> **Hon. Marc T. Amy
> Hon. Elizabeth A. Pickett
> Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **Kenny R. Thomas** is:

> **REHEARING DENIED.**  See Uniform Rules – Courts of Appeal, Rule 2-18.7.
> Relator may resubmit the writ application and provide the missing documents
> noted by this Court's ruling in *State v. Thomas*, 17-378 (La.App. 3 Cir. 6/12/17)
> (unpublished opinion).
>
> Pickett, J., concurs in the denial of the rehearing.

cc: Hon. Trent Brignac, Counsel for  the Respondent